**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LA'KEYA KEO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-648** |
| | : | |
| **WAWA,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 17th day of March 2026, upon consideration of Plaintiff La'Keya Keo's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Keo's Complaint (ECF No. 2) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** as factually frivolous and legally meritless.

    b. All state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Court expresses no opinion on the merits of any state law claim.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5.  The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*

**JOHN M. GALLAGHER, J.**